**This document was signed electronically on March 11, 2026, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: March 11, 2026**



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 25-51607 |
| | ) | CHAPTER 13 |
| SHAUN C. NICHOLSON | ) | |
| JULIE M. NICHOLSON | ) | |
| | ) | JUDGE KOSCHIK |
| | ) | |
| Debtors | ) | |

**ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. 10**
**FILED BY LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES**

This matter came before this Court on the debtors' Objection to Proof of Claim

No. 10 filed by LVNV Funding, LLC Resurgent Capital Services.

The Court, having reviewed the Objection,

**FINDS AND DETERMINES THAT:**

1

A.     This Court has jurisdiction over this matter pursuant to 28 U.S.C.

Sections 157 and 1334; this is a core proceeding pursuant to 28 U.S.C. Section

157(b)(2); and venue of this Chapter 13 case and the Objection is proper pursuant to 28

U.S.C. Sections 1408 and 1409.

B.     Service of the Objection and notice was sufficient pursuant to all

applicable Bankruptcy Rules and Local Bankruptcy Rules.

C.     The Court further finds that the Court received no non-consenting

responses to the Objection.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**

**THAT:**

1.     The Objection shall be and, hereby is, **SUSTAINED:**

2.     Claim No. 10 filed by LVNV Funding, LLC Resurgent Capital Services

is hereby disallowed as filed and shall be reclassified as wholly unsecured.

**IT IS SO ORDERED.**

###

Submitted By:                                    Approved By:

/s/ Steven J. Heimberger_____
Steven J. Heimberger                    Keith Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0084618                 Ohio Reg. No. 0063137
50 South Main Street, 10th Floor     Joseph A. Ferrise, Staff Attorney
Akron, OH 44308                           Ohio Reg. No. 008477
(330) 434-3000                             One Cascade Plaza, Suite 2020
Fax – (330) 434-9220                     Akron, OH 44308
sheimberger@rlbllp.com                Phone: 330-762-6335
                                                    Fax: 330-762-7072
                                                    krucinski@ch13akron.com
                                                    jferrise@ch13akron.com

2

**CERTIFICATE OF SERVICE**

*Served Electronically via ECF:*

- Steven Heimberger     sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com
- Cynthia A. Jeffrey     bankruptcy@weinerlaw.com
- Keith Rucinski     efilings@ch13akron.com
- United States Trustee     (Registered address)@usdoj.gov

And via Regular U.S. Mail as follows:

Attn: Service Agent
LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

3